IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00477-BNB

GRISELDA MORAN,

     Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

     Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 6 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER DRAWING CASE

---

     Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

     ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

     DATED April 16, 2008, at Denver, Colorado.

                     BY THE COURT:

                     s/ Boyd N. Boland
                     United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00477-BNB

Griselda Moran
1001 16th St.
#B-180
Denver, CO 80265

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___4-16-08___

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk