IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–00477–EWN–BNB

GRISELDA MORAN,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

This matter is before the court on the "Plaintiff's Motion to Order and Direct the Court to Stop to Continue Proceeding With This Case" and "Plaintiff's Second Motion to Order and Direct the Court to Stop to Continue Proceeding With This Case" filed 04/16/2008 and 04/18/2008 respectively. The court having read the motions to stop proceeding with the case filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, without prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 25th day of April, 2008.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                Chief United States District Judge